JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN SUN KIL, | ) | Case No. CV 22-0935 FMO (JCx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| THOMAS NOWLEN HUDSON, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of June, 2022.

/s/
_____
Fernando M. Olguin
United States District Judge